# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JAMES ELBERT DUBOSE,** | ) |
| Petitioner, | ) |
| v. | ) 2:02-cv-0456-JHH-RRA |
| **CHARLIE JONES, et al.,** | ) |
| Respondents. | ) |

## MEMORANDUM OF DECISION

A report and recommendation was filed in this §2254 habeas action, recommending that the petition be dismissed to allow the petitioner to petition the Eleventh Circuit Court of Appeals for permission to file a successive petition in this court. The petitioner has filed objections.[1] The court has considered the entire record in this case, including the report and recommendation and the petitioner's objections, and has come to the conclusion that the report is due to be and hereby is accepted as the findings and conclusions of the court. An order of dismissal will be entered.

**DONE** this the   2nd   day of September, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] One of the objections is that in the report and recommendation the petitioner's name was suddenly changed to Daboecia. The court has been assured that that was the result of a quickcorrect error, and it had, of course, no effect on the analysis of the petitioner's claims.